## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| iROBOT CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>SHENZHEN ZHIYI TECHNOLOGY CO.,<br>LTD., d/b/a iLIFE,<br><br>            Defendant. | C.A. No. 1:17-cv-10652-LTS |

## ASSENTED TO MOTION TO STAY BY DEFENDANT SHENZHEN ZHIYI TECHNOLOGY CO., LTD.

Pursuant to 28 U.S.C. § 1659(a), Defendant Shenzhen Zhiyi Technology Co., Ltd.[1] ("Defendant"), with the assent of Plaintiff iRobot Corporation ("iRobot"), move this Court to stay this litigation. As grounds for this motion, Defendant states that iRobot filed a corresponding complaint with the United States International Trade Commission ("USITC") alleging a violation of 19 U.S.C. § 1337 against Defendant. On May 17, 2017, the USITC instituted an investigation, captioned *Certain Robotic Vacuum Cleaning Devices and Components Thereof Such as Spare Parts*, Inv. No. 337-TA-1057 ("the Investigation"). The Investigation involves the same patents-in-suit and the same accused products that are involved in this litigation. Pursuant to 28 U.S.C. § 1659(a), Defendant is entitled to an automatic stay of this litigation.

Defendant expressly reserves all rights to file motions under Rule 12, and the parties are in agreement that the filing of this motion to stay shall not be argued as a basis for waiver of any Rule 12 motion filed after the stay is lifted following the USITC proceedings.

---

[1] The correct name of the named and served defendant is "Shenzhen ZhiYi Technology Co., Ltd." as opposed to the name listed in the Complaint: "Shenzhen ZhiYi Technology Co., Ltd. d/b/a iLife."

WHEREFORE, Defendant Shenzhen Zhiyi Technology Co., Ltd. requests that this Court

stay this case until the Investigation results in a final determination.

Assented to by,

/s/ Stephen Marshall
Stephen A. Marshall (BBO# 666200)
FISH & RICHARDSON P.C.
1425 K Street, NW Washington, DC 20005
(202) 626-6414 smarshall@fr.com

Andrew G. Pearson (BBO# 688709)
FISH & RICHARDSON P.C.
One Marina Park Drive Boston, MA 02210
(617) 542-5070 apearson@fr.com

Counsel for Plaintiff iRobot Corp.

Respectfully submitted,

/s/   Jacqueline E. Tambone
Jacqueline E. Tambone (BBO #684479)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, M.A. 02110
Telephone:  (617) 310-6000
Facsimile: (617) 310-6001
tambonej@gtlaw.com

Mark G. Davis
Ronald J. Pabis
Patrick J. McCarthy
Myomi T. Coad
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone:  (202) 331-3100
Facsimile:  (202) 331-3101

Nicholas A. Brown
Greenberg Traurig LLP
4 Embarcadero Center
Suite 3000
San Francisco CA 94111
Telephone:  (415) 655-1271
Facsimile:  (415) 520-5609
brownn@gtlaw.com

Jonathan Ball
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
ballj@gtlaw.com

*Counsel for Shenzhen Zhiyi Technology Co., Ltd.*

Dated:  June 22, 2017

## LOCAL RULE 7.1 CERTIFICATION

I, Myomi T. Coad, do hereby certify that I have conferred with Plaintiff's counsel in good faith to resolve or narrow the issue.

*/s/  Myomi T. Coad*

## CERTIFICATE OF SERVICE

I hereby certify pursuant to Federal Rules of Civil Procedure and L.R. 5.2 and 5.4 that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jacqueline E. Tambone*

*NY 246601074v1*