## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| iROBOT CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SHENZHEN ZHIYI TECHNOLOGY CO., LTD. D/B/A iLIFE | ) ) ) |
| Defendant. | ) ) |

Civil Action No.
1:17-10652- LTS

## ORDER OF DISMISSAL& CLOSING ORDER

SOROKIN, J

In accordance with the [16] Notice of Dismissal with prejudice filed by the plaintiff, iROBOT Corp.  This action will be dismissed and closed.

By the Court,

/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel